**FILED**

SEP 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

Judgment in a Criminal Case
Sheet 1

# United States District Court
## Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Vs**<br>Kenneth Wayne Moore (15) | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987) |

Case Number:03CR0850-W

Lawrence I. Kazan
Defendant's Attorney

**REGISTRATION NO.82718008**

THE DEFENDANT:
was found guilty, after a plea of not guilty, on counts 1 through 36 of the fifth superseding indictment.

Accordingly, the defendant is adjudged guilty of such counts, which involve the following offenses :

| Title & Section | Nature of Offense | Count Number |
|---|---|---|
| 18 USC 371 | Conspiracy to Commit Wire Fraud | SSSS1 |
| 18 USC 1343 | Wire Fraud | SSSS2 - SSSS10 |
| 18 USC 1956(h) | Conspiracy to Launder Money | SSSS11 |
| 18 USC 1956(a)(1)(A)(i) | Money Laundering | SSSS12 - SSSS23 |
| 18 USC 1956(a)(1)(B)(i) | Money Laundering | SSSS24 - SSSS35 |
| 26 USC 7201 | Income Tax Evasion | SSSS36 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The underlying indictments are ordered dismissed.

Penalty Assessment $3,600.00, payable forthwith, to the Clerk, United States District Court.

Fine waived. Property shall forfeit pursuant to the order filed 9/15/08 which is hereby incorporated by reference.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within thirty days of any change of name, residence or mailing address until all fines, restitution costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

September 15, 2008
Date of Imposition of Sentence

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

Judgment in a Criminal Case
Sheet 2 - Imprisonment

Judgment - Page 2 of 6

DEFENDANT: Kenneth Wayne Moore (15)
CASE NUMBER: 03CR0850-W

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 60 months on each of counts 1 through 10; 150 months on each of counts 11 through 35; 60 months on count 60. Counts to run concurrently.

 X  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons or to the United States Marshal by 12:00 noon on 11/14/08.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By        _____
DEPUTY UNITED STATES MARSHAL

Judgment in a Criminal Case
Sheet 3 - Supervised Release

| | |
|---|---|
| DEFENDANT:   Kenneth Wayne Moore (15) | Judgment - Page 3  of  6 |
| CASE NUMBER:03CR0850-W | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three years, each count, to run concurrently.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

**For offenses committed on or after September 13, 1994:**

 The defendant shall not illegally possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.  Testing requirements will not exceed submission of more than eight drug tests per month during the term of supervision, unless otherwise ordered by the court .

 _X_  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

 _X_  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

 _X_  The defendant shall cooperate in the collection of DNA as directed by the probation officer pursuant to 18 USC 3583(d).

 __  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

 __  The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant must comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

### STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.

2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

3) The defendant shall answer, truthfully, all inquiries by the probation officer and follow the instructions of the probation officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.

9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

11) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirements.

Judgment in a Criminal Case
Sheet 4 - Continued Supervised Release Conditions

Judgment - Page 4   of   6

DEFENDANT:Kenneth Wayne Moore (15)
CASE NUMBER:03CR0850-W

## SPECIAL CONDITIONS OF SUPERVISION

_X_   The defendant shall submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

_X_   The defendant shall report all vehicles owned, operated, or in which the defendant has an interest to the probation officer.

_X_   The defendant shall be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

_X_   The defendant shall provide complete disclosure of personal and business financial records to the probation officer as requested.

_X_   The defendant shall not engage in the employment or any  profession involving fiduciary responsibilities or the solicitation of funds from investors or financial institutions.

_X_   The defendant shall pay all current and delinquent taxes including any penalties.

_X_   The defendant shall file all delinquent and keep current with all federal income tax returns.

<u>AO 245 S   RESTITUTION, FORFEITURE OR OTHER PROVISIONS OF THE JUDGMENT</u>

JUDGEMENT PAGE 5   OF     6

DEFENDANT: KENNETH WAYNE MOORE (15)
CASE NUMBER:03CR0850-W

## RESTITUTION PROVISION OF THE JUDGMENT

IT IS SO ORDERED that the defendant pay restitution in the amount of $13,064,716.02 through the Clerk, U.S. District Court, to the victims listed, in the amounts specified, payable forthwith or through the Inmate Financial Responsibility Program at the rate of $25.00 per quarter during the period of incarceration, with the payment of any remaining balance to be made following the defendant's release from custody at the rate of $100.00 per month.  Distribution of restitution to the victims shall be made on a pro rata basis and shall be joint and several with the other defendants.

| | |
|---|---:|
| Douglas S. Adams | 15,000.00 |
| Stormy L. Adams | 15,000.00 |
| Alliance Services, LLC | 5,000.00 |
| American Precious Metals | 68,360.00 |
| Gregory Anders | 528,000.00 |
| Arizona Southwest Preparatory Academy Inc. | 4,000.00 |
| Camelback Jackrabbit LLC | 25,000.00 |
| Timothy X. Colin | 255,000.00 |
| Delta M. Collins | 22,500.00 |
| Richard Connelly | 32,000.00 |
| Roy Nelson Cook | 127,000.00 |
| Brian C. or Debbie L. Dalton | 768,000.00 |
| Leland Gangwish | 19,000.00 |
| General Development Enterprises Inc. | 5,000.00 |
| Robert and Oneida Gibson | 40,000.00 |
| Kreston S. Hatch | 1,745,000.00 |
| Roy L. & Barbara Heggland | 113,966.00 |
| William D. or Betty C. Holly | 13,000.00 |
| Chris Holm | 17,000.00 |
| Janicek Produce Inc. | 20,000.00 |
| Harvey & Maurine R. Jessie | 20,000.00 |
| Floyd Johnson | 18,000.00 |
| Loren O. Kay | 5,000.00 |
| Norman King | 2,626,113.80 |
| Delbert Kyler | 111,500.00 |
| Gudrun M. & Gilbert Lauffenburger | 8,000.00 |
| Roberto S.A. & Leonor Marfori | 2,000.00 |

AO 245 S   RESTITUTION, FORFEITURE OR OTHER PROVISIONS OF THE JUDGMENT

JUDGMENT PAGE   6    OF   6

DEFENDANT: KENNETH WAYNE MOORE(15)
CASE NUMBER:03CR0850-W

## CONTINUED RESTITUTION LIST

| | |
|---|---:|
| Raymond E. Matheson | 1,643,416.00 |
| G. Blair McGarvey | 8,000.00 |
| JoAnne M. McNulty | 40,000.00 |
| Keith L. Meeker | 90,000.00 |
| Scott L. Overstreet | 5,000.00 |
| Donna Pratt | 3,500.00 |
| Daniel Rooney | 25,000.00 |
| Larry E. or Bin Di Rupp | 25,000.00 |
| Malcom G. Russo | 1,000.00 |
| Alan D. or Dian M. Saito | 364,160.22 |
| Anvil V.  Shah MD | 50,000.00 |
| Larry D. Steele | 92,000.00 |
| Sidney Tanaka | 4,064,200.00 |
| Don L. Turley | 1,000.00 |
| Clarke J. Yearous | 22,000.00 |
| Dennis Ziolkouski | 2,000.00 |