|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| KENNETH WAYNE MOORE, | Case No.: 03-CR-0850 W |
|---|---|
| Petitioner, | 18-CV-2867 |
| v. | **ORDER: (1) GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE REPLY [DOC. 1029]; (2) DENYING PETITIONER'S MOTION TO RECUSE [DOC. 1035]; AND (3) DENYING PETITIONER'S MOTION TO STRIKE [DOC. 1039]** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pending before the Court are three motions by Petitioner Kenneth Wayne Moore. The first is a motion for an extension of time [Doc. 1029] to file a response to Respondent's opposition to Petitioner' motion to vacate under 28 U.S.C. § 2255. The second is a motion to recuse [Doc. 1035] this Court from deciding the Petition. The third is entitled "Motion to Strike Under Rules 12(f), 8, and 9(b) Federal Rules of Civil Procedure Suggesting Invention by DOJ Inspector General and Administrative Office of the U.S. Courts" (the "Motion to Strike" [Doc. 1039]). For the reasons discussed below, the Court **GRANTS** Petitioner's motion for an extension of time [Doc. 1029], **DENIES**

1

Petitioner's Motion to Recuse [Doc. 1035] and **DENIES** Petitioner's Motion to Strike [Doc. 1039].

I. **MOTION FOR EXTENSION OF TIME**

Petitioner's motion for an extension of time to respond to Respondent's opposition requests "at least five weeks." Good cause appearing, the Court will grant the motion as set forth below.

II. **MOTION TO RECUSE**

Petitioner's Motion to Recuse asserts in conclusory fashion that this Court has demonstrated "bias, inflexibility." (*Mot. to Recuse* p.2.) This assertion appears based on this Court's rulings in Petitioner's criminal case. Aside from Petitioner's failure to demonstrate bias, 28 U.S.C. § 2255 requires "the court which imposed the sentence" to hear the motion to vacate. See 28 U.S.C. § 2255(a). This Court imposed Petitioner's sentence. For these reasons, the Court will deny the motion to recuse.

III. **MOTION TO STRIKE**

Petitioner's Motion to Strike appear to seek to strike the "[a]ctions of two federal judges and US Attorney for the Southern California Office since December 20, 2018 for deliberate Fraud on this Court, bias, and denial of a Fair Trial…." (*Motion to Strike* p. 1.) Petitioner also requests that the U.S. Department of Justice Inspector General and the Administrative Office of the U.S. Courts replace Respondent and the removal of "the Judges." The lacks merit for at least two reasons.

First, Petitioner seeks an order striking the "actions" of the district judge assigned to another case filed by Petitioner in the Southern District of California, entitled Moore v. U.S.A., 18-cv-1560. This Court lacks the authority to review the "actions" by another district judge. Additionally, because 18-cv-1560 is a closed case, there is no district court jurisdiction over the case.

2

Second, Petitioner's reliance on Federal Rule of Civil Procedure 12(f) is misplaced. That rule allows the court to "strike from a pleading… any redundant, immaterial, impertinent, or scandalous matter." Petitioner is not requesting that the Court strike matter from a pleading, but instead that the Court strike the "actions" of federal judges and the U.S. Attorney.

## IV. CONCLUSION & ORDER

For the reasons stated above, the Court **GRANTS** Petitioner's motion for an extension of time [Doc. 1029], **DENIES** Petitioner's Motion to Recuse [Doc. 1035] and **DENIES** Petitioner's Motion to Strike [Doc. 1039]. In light of the grant of the motion for an extension of time, the Court **ORDERS** Petitioner's response to Respondent's opposition to his motion to vacate under 28 U.S.C. 2255 due on or before **July 19, 2019**.

**IT IS SO ORDERED**.

Dated: June 10, 2019

Hon. Thomas J. Whelan
United States District Judge